IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JONATHAN PALOZIE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Civil Case No.   05-97-JPG-PMF |
| | ) |
| **RANDY DAVIS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is a *sua sponte* recommendation that this action be dismissed due to the absence of a party qualified to represent the plaintiff, now deceased. Jonathan Palozie filed this *Bivens*-type action for damages in 2005. He died on April 21, 2007, and his death was suggested on the record. Efforts to forward court documents to Mr. Palozie's next of kin have been unsuccessful.

Pursuant to Rule 25 of the Federal Rules of Civil Procedure, a motion for substitution of parties was due within 90 days. Fed. R. Civ. P. 25(a). The 90-day deadline has expired, without a request for an extension or a request for substitution of an executor or administrator of Mr. Palozie's estate. These circumstances suggest that Mr. Palozie's successors or representatives will not pursue this case. Because the deceased is the sole plaintiff, this action should be dismissed.

IT IS RECOMMENDED that this action be DISMISSED pursuant to Rule 25 of the Federal Rules of Civil Procedure.

**SUBMITTED:**   August 20, 2007  .

*s/ Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**