UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JONATHAN PALOZIE,

    Plaintiff,

  v.                               Case No. 05-cv-97-JPG

RANDY DAVIS, et al.,

    Defendants.

## JUDGMENT

This matter having come before the Court pursuant to Rule 25 of the Federal Rules of Civil Procedure for absence of a party qualified to represent the plaintiff, now deceased, and the Court having rendered its decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NORBERT JAWORSKI, Clerk**

DATED: October 3, 2007           s/Brenda K. Lowe, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                   **U.S. DISTRICT JUDGE**